IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Danny Yousif, | : |
| Plaintiff, | : Civil Action No.: 2:13-cv-14980-GAD-PJK |
| v. | : |
| Allied Collection Services, Inc., | : |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**VIRTUOSO SOURCING GROUP, LLC**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Danny Yousif, through counsel, hereby dismisses Defendant Virtuoso Sourcing Group, LLC from this action with prejudice. Plaintiff respectfully requests that the Court terminate Defendant Virtuoso Sourcing Group, LLC.

Dated: March 14, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.
Lemberg Law, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2014, a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed with the Clerk of Court via the CM/ECF system and that the document is available on ECF system, and that a copy was mailed to the following:

Virtuoso Sourcing Group, LLC
4500 Cherry Creek Drive South, Suite 300
Glendale, CO 80246

                                            /s/ Sergei Lemberg
                                            Sergei Lemberg, Esq.