UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY YOUSIF,

        Plaintiff,

                              Case No. 13-cv-14980
vs.                              HON. GERSHWIN A. DRAIN

ALLIED COLLECTION SERVICES, INC.,

        Defendant.
_____/

**ORDER DENYING SECOND MOTION TO CONTINUE STATUS CONFERENCE [#16]**

        Presently before the Court is Plaintiff's Second Motion to Continue Status Conference, currently set for April 1, 2014. Upon consideration of the present motion, the Court concludes that Plaintiff has failed to demonstrate good cause for granting the relief requested.

        Accordingly, Plaintiff's Second Motion to Continue [#16] is DENIED. A status conference shall be held <u>on April 1, 2014 at 2:30 p.m.</u> Plaintiff shall promptly serve a copy of the instant order on Defendant's counsel.

        SO ORDERED.

Dated: March 31, 2014                              <u>/s/ Gershwin A Drain</u>
                                                    GERSHWIN A. DRAIN
                                                    UNITED STATES DISTRICT JUDGE