**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Danny Yousif, | : |
| Plaintiff, | : Civil Action No.: 2:13-cv-14980-GAD-PJK |
| v. | : |
| Allied Collection Services, Inc., | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Danny Yousif, through counsel, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice.

Dated: March 21, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.
Lemberg Law, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2014, a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed with the Clerk of Court via the CM/ECF system and that the document is available on ECF system, and that a copy was mailed to the following:

Allied Collection Services
3080 South Durango Drive
Las Vegas, NV 89117

                                      /s/ Sergei Lemberg
                                      Sergei Lemberg, Esq.